UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 25-CR-14006-MARTINEZ/MAYNARD**

UNITED STATES OF AMERICA

v.

LENWORTH JACOB ANGLIN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on May 7, 2025 **[ECF No. 23]**. A Report and Recommendation was filed on May 8, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 27]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 27]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

    The Defendant is adjudged guilty of Counts One and Two of the Indictment. Count One charges the Defendant with Passport Fraud, in violation of Title 18, United States Code, Section 1542. Count Two charges the Defendant with a False Claim of United States Citizenship, in violation of Title 18, United States Code, Section 911. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, August 25, 2025, at 10:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 27 day of May, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office